UNITED STATES COURT OF INTERNATIONAL TRADE          FORM 3

| La Molisana S.p.A. |
|---|
| Plaintiff, |
| v. |
| UNITED STATES, |
| Defendant. |

**SUMMONS**

**TO:** The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

/s/ Mario Toscano
Clerk of the Court

1. La Molisana S.p.A., Mandatory Respondent, Producer and Exporter
   (Name and standing of plaintiff)

2. La Molisana S.p.A. ("La Molisana") is challenging the final results of the 2018/19 administrative review of the antidumping duty order on Certain Pasta from Italy and the calculation of the rate for mandatory respondent La Molisana.
   (Brief description of contested determination)

3. May 20, 2021
   (Date of determination)

4. May 26, 2021, 86 Fed. Reg. 28366
   (If applicable, date of publication in Federal Register of notice of contested determination)

/s/ David J. Craven
Signature of Plaintiff's Attorney

June 18, 2021
Date

Name, Address, Telephone Number and E-mail Address of Plaintiff's Attorney

David Craven, Craven Trade Law LLC
3744 N Ashland, Chicago, IL 60613
Tel 773 709 8506
dcraven@craventrade.com

**SEE REVERSE SIDE**

Form 3-2

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)

Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
Room 346
26 Federal Plaza
New York, NY 10278

Attorney-In-Charge
Civil Division
Commercial Litigation Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20530

General Counsel for the U.S. Dep't of Commerce
Office of the Chief Counsel for Trade Enforcement & Compliance
U.S. Department of Commerce
14th Street and Constitution Ave., NW
Washington, DC 20230