UNITED STATES COURT OF INTERNATIONAL TRADE
Before the Hon. Richard K. Eaton, Senior Judge

| | |
|---|---|
| La Molisana S.p.A.,<br><br>*Plaintiff,*<br><br>Valdigrano di Flavio Pagani S.r.L.,<br><br>*Consolidated Plaintiff,*<br><br>v.<br><br>United States,<br><br>*Defendant.* | Cons. Ct. No. 21-00291 |

**Notice of Appeal**

Notice is hereby given that La Molisana S.p.A., plaintiff, and Valdigrano di Flavio Pagani S.r.L, consolidated plaintiff, in the above-named case hereby appeal to the United States Court of Appeals for the Federal Circuit from the order entering Judgment in this action on April 24, 2023 (ECF No. 45), and from the underlying Slip Opinion issued on April 24, 2023 (ECF No. 44). The $505.00 notice of appeal fee has been paid through the Court's Electronic Filing System.

Respectfully submitted,

/s/ David Craven
David Craven

*Counsel to La Molisana S.p.A. and Valdigrano di Flavio Pagani S.r.L*

DATE: June 19, 2023