# United States Court of Appeals for the Federal Circuit

---

**LA MOLISANA S.P.A., VALDIGRANO DI FLAVIO PAGANI S.R.L.,**

*Plaintiffs-Appellants*

v.

**UNITED STATES,**

*Defendant-Appellee*

---

2023-2060

---

Appeal from the United States Court of International Trade in Nos. 1:21-cv-00291-RKE, 1:21-cv-00292-RKE, Senior Judge Richard K. Eaton.

---

## MANDATE

---

In accordance with the judgment of this Court, entered June 5, 2025, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

July 28, 2025
Date

Jarrett B. Perlow
Clerk of Court